DAY LAW OFFICES
MONTIE S. DAY (SBN 073327)
Attorney at Law
P. O. Box 1045
Shoshone, Idaho
Telephone: (208) 280-3766
Email: Oyad@aol.com

Attorneys for RICHARD STELLMACHER, dba Stellmacher Construction & Development Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| RICHARD STELLMACHER, an individual, dba STELLMACHER CONSTRUCTION & DEVELOPMENT COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>ROBERTO M. GUERRERO, aka ROBERT GUERRERO, aka ROBERTO GUERRERO MONTANO, an individual; LUIS GERARDO GUERRERO, aka LUIS GERARDO GUERRERO MONTANO, an individual; MANUEL VIZCARRA, an individual; REGALIA MORTGAGE COMPANY, INC., a California corporation, and REGALIA MORTGAGE COMPANY MEXICO S.A. DE C.V., a foreign business entity, both doing business as REGALIA MORTGAGE COMPANY,<br><br>  Defendants.<br>_____ | Case No. 1:08-CV-01551-AWI-DLB<br><br>ORDER ON APPLICATION FOR CONTINUANCE OF JOINT SCHEDULING CONFERENCE<br><br>DEMAND FOR JURY TRIAL<br><br>Current Date: January 20, 2009<br>  Time:   8:45 A.M.<br>  Courtroom:   9<br><br>Dennis L. Beck, U.S. Magistrate |

For good cause appearing, the joint scheduling conference now set for January 20, 2009, is continued until March 19, 2009 at 8:45 a.m.

IT IS SO ORDERED.

Dated:  **December 23, 2008**          **/s/ Dennis L. Beck**
                                                               UNITED STATES MAGISTRATE JUDGE

_____

ORDER ON APPLICATION FOR CONTINUANCE