| | |
|---|---|
| 1 | DAY LAW OFFICES |
| | MONTIE S. DAY (SBN 073327) |
| 2 | Attorney at Law |
| | P. O. Box 1045 |
| 3 | Shoshone, Idaho |
| | Telephone: (208) 280-3766 |
| 4 | Email: Oyad@aol.com |

Attorneys for RICHARD STELLMACHER, dba Stellmacher Construction & Development Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

RICHARD STELLMACHER, an individual, dba STELLMACHER CONSTRUCTION & DEVELOPMENT COMPANY,
    Plaintiff,

vs.

ROBERTO M. GUERRERO, aka ROBERT GUERRERO, aka ROBERTO GUERRERO MONTANO, an individual; LUIS GERARDO GUERRERO, aka LUIS GERARDO GUERRERO MONTANO, an individual; MANUEL VIZCARRA, an individual; REGALIA MORTGAGE COMPANY, INC., a California corporation, and REGALIA MORTGAGE COMPANY MEXICO S.A. DE C.V., a foreign business entity, both doing business as REGALIA MORTGAGE COMPANY,
    Defendants.

Case No. 1:08-CV-01551-AWI-DLB

ORDER ON APPLICATION FOR CONTINUANCE OF JOINT SCHEDULING CONFERENCE

Current Date: March 19, 2009
Time: 8:45 A.M.
Courtroom: 9

Dennis L. Beck, U.S. Magistrate

For good cause appearing, the joint scheduling conference now set for March 19, 2009, is continued until June 15, 2009 at 8:45 a.m.

IT IS SO ORDERED.

Dated: **March 12, 2009**       **/s/ Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE