# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STELLMACHER, | ORDER TO TRANSFER ACTION TO SACRAMENTO DIVISION |
| Plaintiff, | |
| | CASE NO. 1:08cv1551 AWI DLB |
| vs. | |
| ROBERTO M. GUERRERO, et al., | |
| Defendants. / | |

Proper venue of this action appears to be within the Sacramento division of this Court. Accordingly, this Court ORDERS that this action be transferred to the United States District Court for the Eastern District of California, Sacramento Division.

The Court further ORDERS that the motion for default judgment scheduled for hearing on June 4, 2010, be TAKEN OFF CALENDAR.

IT IS SO ORDERED.

Dated: **June 2, 2010**            **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1