

FILED

FEB 26 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF CALIFORNIA

3  RICHARD STELLMACHER, an                )
   individual, dba STELLMACHER           )    Case No. 2:10-CV-01357-CKJ
4  CONSTRUCTION & DEVELOPMENT            )
   COMPANY,                              )
5          Plaintiff,                    )
                                         )    ORDER ON STIPULATION
6  vs.                                   )    AND DISMISSAL OF
                                         )    MANUEL VIZCARRA **ONLY**
7  ROBERTO M. GUERRERO, aka ROBERT       )
   GUERRERO, aka ROBERTO GUERRERO        )
8  MONTANO, an individual; et. al.       )
                                         )
9          Defendants.                   )
                                         )

10

11
        Upon the stipulation between plaintiff Richard Stellmacher, by and through his
12
   counsel Montie S. Day, and defendant Manuel Vizcarra, by and through his counsel Douglas
13
   Jaffe, and for good cause appearing,
14
        IT IS HEREBY ORDERED THAT defendant Manuel Vizcarra **only** is dismissed with
15
   prejudice as a defendant in the above entitled action, and that the Judgment entered by this
16
   Court on August 10, 2010 as to the remaining defendants Roberto M. Guerrero, aka Robert
17
   Guerrero, aka Roberto Guerrero Montano, Luis Gerardo Guerrero, Regalia Mortgage
18
   Company, Inc. is the final and valid judgment in the above action as to these remaining
19
   defendants, with Regalia Mortgage Company Mexico S.A. DE. C.V. being dismissed.
20

21 Date: 2-25-2014        _____
22                             Judge
23

24

25

26

27

28

STIPULATION AND REQ FOR DISMISSAL AS TO VIZCARRA        - 1 -