UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| RICHARD STELLMACHER, an individual, dba STELLMACHER CONSTRUCTION & DEVELOPMENT, | ) ) ) ) | Case No. 2:10-CV-01357-JAM-KJM |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ROBERTO M. GUERRERO, aka ROBERT GUERRERO, aka ROBERTO GUERRERO MONTANO, an individual; LUIS GERARDO GUERRERO, aka LUIS GERARDO GUERRERO MONTANO, an individual; MANUEL VIZCARRA, an individual; REGALIA MORTGAGE COMPANY, INC., a California corporation, and REGALIA MORTGAGE COMPANY MEXICO S.A. DE C.V., a foreign business entity, both doing business as REGALIA MORTGAGE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) | RENEWAL OF JUDGMENT AND JUDGMENT |
| Defendants. | ) ) | |

Upon the application of the Plaintiff Robert Stellmacher for the renewal of the original judgement as to the judgment debtors, supported by the Declaration of Montie S. Day and the Application for the Renewal of the Judgment, and for good cause appearing, the application is granted and judgment is entered **effective as of September 20, 2019**, as follows:

IT IS ORDERED judgment is entered in favor of Robert Stellmacher in the amount of $924,024,135.87, plus interest as allowed by law from September 20, 2019 until paid, as against the following defendants (judgment debtors):

ROBERTO M. GUERRERO, aka ROBERT GUERRERO, aka ROBERTO GUERRERO MONTANO, an individual;

LUIS GERARDO GUERRERO, aka LUIS GERARDO GUERRERO MONTANO, an individual;

REGALIA MORTGAGE COMPANY, INC., a California corporation, doing business as REGALIA MORTGAGE (Referred to jointly as Regalia Mortgage Company, Inc.)

IT IS FURTHER ORDERED AND ADJUDGED THAT in addition the judgment debtor Robert Guerrero is the constructive trustee for plaintiff Robert Stellmacher with respect to the sum of $527,750.00 paid by Richard Stellmacher to defendant and just debtor Robert Guerrero as described in the original judgment (Docket No. 56) and this Court continues to reserve jurisdiction to impose a constructive trust upon property or property rights as may have been acquired and/or preserved by the defendant by the use of said funds.

IT IS SO ORDERED AND JUDGMENT IS EFFECTIVE AS OF SEPTEMBER 20, 2019.

Date: September 18, 2019

/s/ John A. Mendez_____
Honorable John A. Mendez
UNITED STATES DISTRICT COURT JUDGE
 Eastern District of California